1  Steven R. Blackburn   State Bar No. 154797
   Matthew A. Goodin   State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone:   415.398.3500
4  Facsimile:    415.398.0955
   sblackburn@ebglaw.com
5  mgoodin@ebglaw.com

6  Attorneys for Defendant,
   AMERICAN ROLAND FOOD CORP.
7
   David Jay Morgan
8  A Professional Corporation
   Attorney at Law
9  1900 O'Farrell Street, Suite 190
   San Mateo, California  94403
10 Telephone:   650.286.1212
   Facsimile:    650.286.1216
11
   Attorney for Plaintiff,
12 MARVIN HOLTZBERG

13

14            UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16 
   MARVIN HOLTZBERG,                          CASE NO. 3:13-CV-01623-NC
17
              Plaintiff,                       NOTICE OF CASE SETTLEMENT AND
18                                             [PROPOSED] ORDER VACATING
         v.                                    INITIAL CASE MANAGEMENT
19                                             CONFERENCE
   AMERICAN ROLAND FOOD CORP., and
20 Does 1 through 10, inclusive,               Complaint Filed: February 27, 2013

21            Defendants.

22

23     PLEASE TAKE NOTICE that the parties have reached a settlement of all issues in the

24 above-captioned matter. A formal stipulation of dismissal will be filed with the Court upon

25 completion of the final settlement documentation. The parties anticipate that a Request for

26 Dismissal will be filed within 30 days. Accordingly, the parties request the Initial Case

27 Management Conference, which is scheduled to take place at 10:00 a.m. on July 10, 2013, to be

28 vacated.

FIRM:23479710v1

Notice of Case Settlement & [PROPOSED] Order
Case No. 3:13-CV-01623-NC

```
 1
 2  DATED: July 8, 2013                    EPSTEIN BECKER & GREEN, P.C.
 3
 4                                         By:  /s/ Matthew Goodin
                                                Steven R. Blackburn
 5                                              Matthew A. Goodin
                                           Attorneys for Defendant,
 6                                         AMERICAN ROLAND FOOD CORP.

 7  DATED: July 8, 2013                    DAVID JAY MORGAN,
                                           A Professional Corporation
 8                                         ATTORNEY AT LAW
 9
10                                         By: _____
                                                David Jay Morgan
11                                         Attorneys for Plaintiff
                                           MARVIN HOLTZBERG
12
13
...
28
```

[PROPOSED ORDER]

Upon review of this Notice of Settlement and [PROPOSED] Order to Vacate the Initial Case Management Conference and good cause appearing:

**IT IS HEREBY ORDERED** that the Initial Case Management Conference, which is scheduled to take place at 10:00 a.m. on July 10, 2013 ware vacated.

Dated: __July 9__, 2013        By: _____
Honorable Nathanael M. Cousins
Magistrate Judge

IT IS SO ORDERED

Judge Nathanael M. Cousins