UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVIN HOLTZBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN ROLAND FOOD CORP.,<br><br>    Defendant. | Case No. 13-cv-01623 NC<br><br>**ORDER SETTING DEADLINE TO FILE DISMISSAL AND SETTING CASE MANAGEMENT CONFERENCE** |

The parties stated that they have reached an agreement settling all issues in this case. Dkt. No. 10. By August 14, 2013, the parties must file a stipulation of dismissal, or if issues remain to be resolved by the Court, the parties must submit a case management statement. The Court will hold a case management conference on August 21, 2013 at 3:00 p.m.

IT IS SO ORDERED.

Date: July 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01623 NC
ORDER SETTING CASE
MANAGEMENT CONFERENCE